389 A.2d 684

Commonwealth v. Smith, Appellant.

Submitted June 13, 1977. Peter J. Webby, Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated, and case remanded for resentencing. The sentencing judge is. to file a statement of reasons for the sentence imposed. *Commonwealth v. Kostka,* 475 Pa. 85, 379 A.2d 884 (1977); *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977); *Commonwealth v. Wertz,* 252 Pa.Super. 584, 384 A.2d 933 (1978).

PRICE, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.